IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00045-MOC-WCM

| | | |
|---|---|---|
| W. ROBERT WARDELL | ) | |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN DAIRY GOAT ASSOCIATION | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on Plaintiff's "Motion for Authorization to File Documents Electronically through the Court's CM/ECF Filing System" (the "Motion," Doc. 92).

Plaintiff W. Robert Wardell ("Plaintiff") filed his Complaint on April 29, 2021 in the United States District Court for the District of Colorado. Doc. 1.

On February 28, 2022, the case was transferred to this Court. Doc. 86.

Plaintiff is proceeding *pro se*. By the Motion, he seeks authorization to file documents electronically through the CM/ECF system, and to receive documents electronically. In support of his request, Plaintiff represents that he has prior legal training as a paralegal and that he was authorized to file documents electronically when this matter was pending in the District of Colorado. Additionally, Plaintiff explains that he resides in Colorado, and that

1

electronic filing is appropriate considering postal service delays occasioned by that geographical distance.

This Court's Administrative Procedures Governing Filing and Service by Electronic Means ("Administrative Procedures") provide that "parties proceeding pro se may request in writing - solely for the purpose of the action - to receive notice via e-mail whenever a pleading or other paper is filed electronically in accordance with these procedures." Administrative Procedures, revised January 1, 2018, available on the Court's website. Accordingly, to the extent Plaintiff is requesting to receive notices via e-mail, such request will be allowed.

However, "[p]arties proceeding pro se shall not file electronically." Id. While exceptions can be made in specific cases, the undersigned is not persuaded, on the current record, including the apparent mailing times to date, that such a deviation is necessary here.

**IT IS THEREFORE ORDERED THAT**:

1. To the extent the "Motion for Authorization to File Documents Electronically through the Court's CM/ECF Filing System" (Doc. 92) seeks permission for Plaintiff to receive electronic notices, the Motion is **GRANTED**, and the Clerk is respectfully **DIRECTED** to provide Plaintiff with electronic notice of filings at the email address listed in the Motion.

2. To the extent the Motion seeks permission for Plaintiff to file documents electronically, the Motion is **DENIED**.

Signed: March 30, 2022

W. Carleton Metcalf
United States Magistrate Judge