# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| W. Robert Wardell, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:22-cv-00045-MOC-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| American Dairy Goat Association | ) | |
| Kennon D. Feaster-Eytchison | | |
| Kristina S. Bozzo-Baldenegro | | |
| Lance Gerlach | | |
| Lynn Benedict | | |
| Thomas Peter Considine | | |
| Melissa O'Rourke | | |
| Robin M. Saum | | |
| Shirley McKenzie, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 29, 2022 Order.

November 29, 2022

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court